UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TIMOTHY UPCHURCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:23-cv-01310-SEB-KMB |
| ) | |
| STATE OF INDIANA, ) | |
| INDIANA DEPARTMENT OF CORRECTION, ) | |
| INDIANA STATE PERSONNEL DEPARTMENT, ) | |
| WENDY KNIGHT Warden, in her official and ) | |
| individual capacities, ) | |
| ANDREW COLE Deputy Warden, in his official ) | |
| and individual capacities, ) | |
| ) | |
| Defendants. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted her Report and Recommendation on Plaintiff's Motion to Amend the Complaint [Dkt. 32]. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation in full, and DENIES Plaintiff's Motion to Amend the Complaint [Dkt. 26].

Date: 6/4/2024

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Richard L. Darst
COHEN GARELICK & GLAZIER
rdarst@cgglawfirm.com

James Alex Emerson
COOTS HENKE & WHEELER, P.C.
aemerson@chwlaw.com